| | |
|---|---|
| **From:** | LAMD Webequip |
| **Sent:** | Friday, December 30, 2022 10:49 AM |
| **To:** | |
| **Subject:** | Fw: Transferred case has been opened |

**From:** cmecf@vaed.uscourts.gov <cmecf@vaed.uscourts.gov>
**Sent:** Wednesday, December 28, 2022 1:38 PM
**To:** LAMDml_InterdistrictTransfer <InterdistrictTransfer_LAMD@lamd.uscourts.gov>
**Subject:** Transferred case has been opened

CASE: 3:22-cv-00347

DETAILS: Case transferred from Louisiana Middle has been opened in Eastern District of Virginia - as case 1:22-cv-01462, filed 12/28/2022.