# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MONIQUE MONTGOMERY

VERSUS

CAPITAL ONE BANK (USA), N.A.

CIVIL ACTION

22-347-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated March 14, 2023, to which no *Objection* has been filed.

**ACCORDINGLY**, the Motion to Dismiss (R. Doc. 7) filed by Defendant Capital One Bank (USA), N.A. is GRANTED IN PART and DENIED IN PART. Defendant's Motion is granted with regard to Plaintiff's claims for false light (Claim 1), fraudulent inaction (Claim 2), intentional misrepresentation (Claim 3), abusive debt collection practices (Claim 4), abuse of right (Claim 5), extortion (Claim 6), defamation (Claim 9), intentional infliction of emotional distress (Claim 10), negligent infliction of emotional distress (Claim 11), TCPA (Claim 12), and fraud by misrepresentation or silence under Article 1953 (Claim 13), and those claims are DISMISSED WITHOUT PREJUDICE. All other claims remain pending. Defendant's alternative Motion for a More Definite Statement is DENIED AS MOOT. Plaintiff is ordered to file an amended complaint within 21 days of the Court's ruling to the extent Plaintiff wishes to cure the deficiencies outlined above. Should Plaintiff decline to file an amended complaint, those claims currently being dismissed without prejudice shall

---

[1] Rec. Doc. 12.

be dismissed with prejudice. In addition, any surviving state law claims shall be remanded to the Baton Rouge City Court.

**IT IS SO ORDERED**.

Signed in Baton Rouge, Louisiana, on this 29 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA